UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAKISHA BLAND, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff<br><br>v.<br><br>NAGLE & ZALLER, P.C. AND JOHN DOE'S 1-25,<br><br>    Defendants | Civil Action No.: 1:20-CV-2628-JDB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, by and through the undersigned counsel, and Defendant, by and through the undersigned counsel, hereby stipulate to the dismissal WITH PREJUDICE of the above-captioned lawsuit.

Respectfully submitted,

| | |
|---|---|
| */s/Stacey A. Moffet* | /s/ Yaakov Saks |
| Stacey A. Moffet (23025) | Yaakov Saks, Esq. |
| ECCLESTON & WOLF, P.C. | Stein Saks, PLLC |
| Baltimore-Washington Law Center | 285 Passaic Street |
| 7240 Parkway Drive, 4th Floor | Hackensack, NJ, 07601 |
| Hanover, MD 21076-1378 | P. (201) 282-6500 ext 101 |
| (410) 752-7474 (phone) | F. (201) 282-6501 |
| (410) 752-0611 (fax) | ysaks@steinsakslegal.com |
| E-mail: moffet@ewmd.com | *Attorney for Plaintiff* |
| *Attorney for Defendant* | |

J:\0D204\Plead\Stipdiss.Doc